FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Obama for America,<br><br>    Plaintiff,<br><br>v.<br><br>Cuyahoga County Board of Elections and its members; Franklin County Board of Elections and its members; Clermont County Board of Elections and its members; and Jennifer Brunner, in her capacity as Ohio Secretary of State,<br><br>    Defendants. | CASE No. 08-EV-CUAH0562<br>(Judge SOLOMON OLIVER)<br><br><br><br>[PROPOSED] ORDER |

    Plaintiff has submitted a verified complaint alleging the following facts: Plaintiff is a political campaign operating in Ohio. Defendant Jennifer Brunner is the Ohio Secretary of State and as such is the chief elections officer for the state, pursuant to ORC § 3501.04. The County Boards of Elections are responsible for administering elections within each county.

    On March 4, 2008, severe weather conditions rendered voters unable to reach the polls by the polls' stated closing time, and ballot shortages that could not be cured by the polls' stated closing time, also in part due to the severe weather. Because plaintiff has satisfied all the relevant legal requirements, it is hereby ORDERED that *the following*

    The Defendant Boards of Elections shall declare ~~all~~ polling places in ~~their counties~~ *Cuyahoga* open until 9:00 p.m. All votes cast by voters arriving after 7:30 p.m. shall be cast provisionally, and provisional ballots cast by voters arriving after 7:30 p.m. shall be segregated from provisional ballots cast by voters arriving before 7:30 p.m. Defendants also shall take all necessary steps to alert the mass media to this 90-minute extension of the poll-closing time.

*15O, 5E, 5D, 3C, D 3G 18P*
*6L, 6M  W5A*
*10F, T, 10ABC, E, O*
*5A, D, I.K, 11F*

SO ORDERED:

March 4, 2008        /s/ [signature]